JOHN D. MONTAGUE, ESQ., SBN 71994
MONTAGUE & VIGLIONE
1500 River Park Drive, Suite 110
Sacramento, CA 95815
Telephone: (916)929-5018
Facsimile: (916)929-8967

Attorneys for Defendant
LEE KELLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ROBINSON and DORA ROBINSON, <br>            Plaintiffs, <br>     vs. <br> LEE KELLER and DOES ONE through TEN, inclusive, <br>            Defendants. | Case No.1:10-cv-00841 <br> <u>Civil Rights</u> <br><br> STIPULATION TO AMEND THE SCHEDULING CONFERENCE ORDER <br><br> Trial:   November 29, 2011 @ 9:00 a.m. |

      Good cause exists to amend the Scheduling Conference Order in this action. The parties are in settlement discussions and request an extension of the scheduling order to allow more time to complete expert discovery, discovery, and other requirements as set out below.

      Counsel for the parties have met and conferred, and request that the Court adopt the following schedule:

| | |
|---|---|
| Disclose All Expert Witnesses | April 7, 2011 |
| Rebuttal or Supplemental <br>  Expert Disclosures | May 9, 2011 |
| Close of All Discovery: | July 1, 2011 |
| Settlement Conference | July 14, 2011, 10:30 Courtroom 10 |

Robinson v. Keller, et al.                                                                                                    Page 1

     Non-Dispositive Motion Filing Deadline     August 1, 2011

     Non-Dispositive Motion Hearing Date     August 12, 2011, 9:30 Courtroom 10

     The remainder of the Scheduling Conference Order shall be unchanged.

SO STIPULATED.

March 9, 2011          LAW OFFICES OF JEFFERY A. BRIGGS

                           By: /s/ Jeffery A. Briggs
                               (as authorized on March _9_, 2011)
                               Jeffery A. Briggs(SBN 211227)
                                Attorney for Plaintiffs

March 9, 2011          MONTAGUE & VIGLIONE

                           By: /s/ John D. Montague
                               John D. Montague (SBN 71994)
                               (as authorized on March _9_, 2011)
                               Attorneys for Defendant Lee Keller

IT IS SO ORDERED.

   Dated:   **March 9, 2011**                   **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE