JOHN D. MONTAGUE, ESQ., SBN 71994
MONTAGUE & VIGLIONE
1500 River Park Drive, Suite 110
Sacramento, CA 95815
Telephone: (916)929-5018
Facsimile: (916)929-8967

Attorneys for Defendant
LEE KELLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ROBINSON and DORA ROBINSON,<br>　　　　Plaintiffs,<br>　　vs.<br>LEE KELLER and DOES ONE through TEN, inclusive,<br>　　　　Defendants. | Case No.1:10-cv-00841 OWW GSA<br><u>Civil Rights</u><br><br>STIPULATION TO AMEND THE SCHEDULING CONFERENCE ORDER<br><br>Trial:　November 29, 2011 @ 9:00 a.m. |

　　　　Good cause exists to amend the Scheduling Conference Order in this action. The parties are in settlement discussions and request an extension of the scheduling order to allow time to invoke Eastern District ADR procedures and more time to complete expert discovery, discovery, and other requirements as set out below.

　　　　Counsel for the parties have met and conferred, and request that the Court adopt the following schedule:

| | |
|---|---|
| Disclose All Expert Witnesses | August 1, 2011 |
| Rebuttal or Supplemental Expert Disclosures | August 31, 2011 |
| Discovery Cut-Off: | September 28, 2011 |
| Non-Dispositive Motion Filing Deadline: | October 28, 2011 |
| Non-Dispositive Motion Hearing Date: | November 28, 2011 9:00 a.m.<br>CtRm 10 |

Robinson v. Keller, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

|   |   |
|---|---|
| Dispositive Motion Filing Deadline: | December 30, 2011 |
| Dispositive Motion Hearing Date: | January 30, 2012 10:00 a.m. CtRm 3 |
| Settlement Conference Date: | February 24, 2012 10:30 a.m. CtRm 10 |
| Pre-Trial Conference Date: | March 5, 2012 11:00 a.m. CtRm 3 |
| Trial Date: | April 17, 2012 [4 days] 9:00 a.m. CtRm 3 |

SO STIPULATED.

April _6_ 2011          LAW OFFICES OF JEFFERY A. BRIGGS

                        By: _/s/ Jeffery A. Briggs_____
                            (as authorized on April _6_, 2011)
                            Jeffery A. Briggs (SBN 211227)
                            Attorney for Plaintiffs

April _6_ 2011          MONTAGUE & VIGLIONE

                        By: __/s/ John D. Montague _____
                             John D. Montague (SBN 71994)
                            (as authorized on April _6_, 2011)
                            Attorneys for Defendant Lee Keller

IT IS SO ORDERED.

   Dated:   **April 8, 2011**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

Robinson v. Keller, et al.                                                Page 2