Jeffery A. Briggs, Esq.
Law Offices of Jeffery A. Briggs
California State Bar No. 211227
200 S. Virginia St., 8th Fl.
Reno, NV 89501
(775) 786-1555
(775) 201-1532 (fax)
jeff@jabriggslaw.com
Attorney for Plaintiffs, TED & DORA ROBINSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ROBINSON and DORA ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>LEE KELLER; and DOES ONE through TEN, inclusive,<br><br>    Defendant. | Case No.: 1:10-cv-00841-OWW-GSA<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Comp. Filed: 05/20/10 |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

The parties agree that the VDRP be completed on or before August 31, 2011 and that the Neutral file confirmation of said completion on or before that day.

The parties suggest that if VDRP is not successful the case management plan be modified to extend all pretrial deadlines to allow the parties time to prepare their cases for trial.

DATED: June 16, 2011

\_\_\_/s/\_\_Jeffery A. Briggs_____
Jeffery A. Briggs, Esq.
Attorney for Plaintiffs

\_\_\_/s/\_\_John Montegue_____
John Montegue, Esq.
Attorney for Defendant

IT IS SO ORDERED.

Dated:  **July 22, 2011**             **/s/ Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE