JOHN D. MONTAGUE, ESQ., SBN 71994
MONTAGUE & VIGLIONE
1500 River Park Drive, Suite 110
Sacramento, CA 95815
Telephone: (916)929-5018
Facsimile: (916)929-8967

Attorneys for Defendant
LEE KELLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ROBINSON and DORA ROBINSON, | Case No.1:10-cv-00841 |
| Plaintiffs, | <u>Civil Rights</u> |
| vs. | STIPULATION TO AMEND THE SCHEDULING CONFERENCE ORDER |
| LEE KELLER and DOES ONE through TEN, inclusive, | |
| Defendants. | Trial:   April 17, 2012 @ 9:00 a.m. |

Good cause exists to amend the Scheduling Conference Order in this action. The parties have stipulated to refer this case to the Voluntary Dispute Resolution Program and request an extension of the scheduling order so as to complete VDRP and sufficient time thereafter to complete expert discovery, discovery, and other requirements as set out below.

Counsel for the parties have met and conferred, and request that the Court adopt the following schedule:

| | |
|---|---|
| Disclose All Expert Witnesses | January 20, 2012 |
| Rebuttal or Supplemental Expert Disclosures | February 20, 2012 |
| Discovery Cut-Off: | March 21, 2012 |

| | |
|---|---|
| Non-Dispositive Motion Filing Deadline: | April 20, 2012 |
| Non-Dispositive Motion Hearing Date: | May 21, 2012 9:00 a.m. CtRm 10 |
| Dispositive Motion Filing Deadline: | June 29, 2012 |
| Dispositive Motion Hearing Date: | July 30, 2012 10:00 a.m. CtRm 3 |
| Settlement Conference Date: | August 31, 2012 10:30 a.m. CtRm 10 |
| Pre-Trial Conference Date: | September 24, 2012 11:00 a.m. CtRm 3 |
| Trial Date: | October 30, 2012 [4 days] 9:00 a.m. CtRm 3 |

SO STIPULATED.

July _29_ 2011          LAW OFFICES OF JEFFERY A. BRIGGS

                        By: _/s/ Jeffery A. Briggs _____
                            (as authorized on July _29_, 2011)
                            Jeffery A. Briggs (SBN 211227)
                            Attorney for Plaintiffs

July _29_ 2011          MONTAGUE & VIGLIONE

                        By: _/s/ John D. Montague _____
                            John D. Montague (SBN 71994)
                            (as authorized on July 29_, 2011)
                            Attorneys for Defendant Lee Keller

IT IS SO ORDERED.

   Dated:   **July 29, 2011**               **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28