UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED and DORA ROBINSON, ) | CASE NO.  1:10-cv-0841-BAM |
| ) | |
| Plaintiff, ) | ORDER ENTERING DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE |
| ) | |
| vs ) | |
| ) | |
| LEE KELLER and JOHN and KATHY MILLER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to the stipulation of dismissal filed on April 26, 2012 by both parties, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party is to bear its own fees and costs.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 26, 2012**           **/s/ Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE